THE HONORABLE ROBART S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VICTORIA E. EDELMAN,<br><br>  Defendant. | No. CR20-050-RSL<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS TO DISPOSITION MEMORANDUM |

THE COURT has considered Victoria Edelman's motion to seal exhibits 1–7 in support of her disposition memorandum, along with the records in this case.

IT IS ORDERED that exhibits 1–7 to Ms. Edelman's disposition memorandum shall be filed under seal until further order of the Court.

DONE this 19th day of December 2024.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Victoria E. Edelman

ORDER TO SEAL DISPOSITION MEMORANDUM
(*United States v. Edelman*, CR20-050-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100